SO ORDERED.

Dated: January 20, 2022
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE SOBERAL,

                              Plaintiff,

-against-

NORFOLK SOUTHERN RAILROAD CO.,

                              Defendant.
-------------------------------------------------------------X

Civil Action No.
**21-cv-8670-LGS**

**STIPULATION AND ORDER**
**TO TRANSFER VENUE**

**WHEREAS**, this Action was filed by Plaintiff, JOSE SOBERAL ("Plaintiff"), against NORFOLK SOUTHERN RAILROAD CO. ("NSRC") in the United States District Court for the Southern District of New York, on October 25, 2021;

**WHEREAS**, NSRC joined issue by service and filing of its Answer on December 23, 2021;

**WHEREAS**, this Action could have been filed in the United States District Court for the District of New Jersey, where, upon information and belief, a portion of Plaintiff's injuries occurred, and where, upon information and belief, a substantial portion of the evidence and witnesses are located;

**WHEREAS**, respective counsels for the parties conferred and agreed to stipulate to the transfer of the instant Action from the United States District Court for the Southern District of New York to the United States District Court for the District of New Jersey;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by Plaintiff and NSRC, by and through their respective counsel, that an Order be entered transferring this Action from the United States District Court for the Southern District of New York to the United

States District Court for the District of New Jersey, for propriety of venue pursuant to 28 U.S.C. §1391 and in personam jurisdiction pursuant to Rule 4 of the Federal Rules of Civil Procedure;

**IT IS FURTHER STIPULATED AND AGREED**, by Plaintiff and NSRC, that an Order be entered directing the Clerk of the Court for the United States District Court for the Southern District of New York to forward the filings in this Action to the Clerk of the Court for the United States District Court for the District of New Jersey; and

**IT IS FURTHER STIPULATED AND AGREED**, that Plaintiff and NSRC shall bear their own respective fees and costs relating to the transfer of venue to be affected pursuant hereto.

| | |
|---|---|
| Dated: New York, New York<br>January 18, 2022 | Dated: Garden City, New York<br>January 18, 20222 |
| **MICHAEL H. ZHU, ESQ. P.C.**<br>_Michael H. Zhu_ s/wp<br>Michael H. Zhu, Esq.<br>*Attorneys for Plaintiff*<br>225 Broadway, Third Floor<br>New York, New York<br>Phone: (212) 227-2245<br>mzhu@mzhulaw.com | **GERBER CIANO KELLY BRADY, LLP**<br>_Matthew V. Bruno_ s/wp<br>Matthew V. Bruno, Esq.<br>*Attorneys for Defendant*<br>1325 Franklin Avenue, Suite 500<br>Garden City, New York 11530<br>Phone: (516) 247-9295<br>mbruno@gerberciano.com |
| Dated: Philadelphia, Pennsylvania<br>January 18, 2022 | Dated: New York, New York<br>January 18, 2022 |
| **BARISH ROSENTHAL** s/wp<br>_Samuel J. Rosenthal_<br>Samuel J. Rosenthal, Esq.<br>*Attorneys for Plaintiff*<br>1845 Walnut Street, Suite 2350<br>Philadelphia, Pennsylvania 19103<br>Phone: (215) 923-8900<br>srosenthal@barishrosenthal.com | **COZEN O'CONNOR** s/wp<br>_Robert S. Hawkins_<br>Robert S. Hawkins<br>1650 Market Street, Suite 2800<br>Philadelphia, PA   19103<br>(215) 665-2015<br>rhawkins@cozen.com |